1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ISIAH LUCAS, JR.,                          No.  2:13-cv-00317 JAM JFM (PC)

12                  Plaintiff,

13         v.                                     FINDINGS AND RECOMMENDATIONS

14    C. ARTHUR, et al.,

15                  Defendants.

16

17         By order filed August 14, 2013, plaintiff's complaint was dismissed and thirty days leave

18    to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff

19    has not filed an amended complaint or otherwise responded to the court's order.

20         Although it appears from the file that plaintiff's copy of the order was returned, plaintiff

21    was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current

22    address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

23    the party is fully effective.

24         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

25    Local Rule 110; Fed. R. Civ. P. 41(b).

26         These findings and recommendations are submitted to the United States District Judge

27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after

28    being served with these findings and recommendations, plaintiff may file written objections with

1

1    the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

2    Recommendations."  Plaintiff is advised that failure to file objections within the specified time

3    waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.

4    1991).

5    DATED: November 1, 2013

6                                                              _____

7                                                              ALLISON CLAIRE
                                                             UNITED STATES MAGISTRATE JUDGE

8

9    luca0317.fta.nca

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28